

## NUMBER 13-26-00040-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

ANDERSON & ASSOCIATES
LAW FIRM PLLC,                                     **Appellant,**

**v.**

HILLIARD MARTINEZ GONZALES, LLP
AND THOMAS J. HENRY INJURY
ATTORNEYS,                                     **Appellees.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Chief Justice Tijerina**

On January 15, 2026, appellant filed a notice of appeal. On January 20, 2026, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On February 4, 2026, the Clerk of the Court notified appellant it

was delinquent in remitting the $205.00 filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days of the letter. *See* TEX. R. APP. P. 42.3 (b), (c).

Appellant has neither paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
19th day of March, 2026

2